UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| MARY L. M. BOLAND | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 3:17CV803-LG-RHW |
| MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY | DEFENDANT |

_____

| | |
|---|---|
| MARY L. M. BOLAND | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 3:18CV718-DPJ-FKB |
| MARSHALL FISHER et al | DEFENDANT |

## ORDER CONSOLIDATING CASES

This matter is before the Court on the parties' joint motion to consolidate filed in *Boland v. Mississippi Dep't of Public Safety*, Civil Action No. 3:17cv803-LG-RHW. Doc. [39]. By agreement of the parties, Civil Action No. 3:17cv803 shall be consolidated with *Boland v. Fisher et al*, Civil Action No. 3:18cv718-DPJ-FKB, with the earlier-filed case serving as the lead case. The parties' joint motion to continue the final pretrial conference and to continue the trial is also granted. Doc. [38]. The Court will conduct a telephone conference to establish a new scheduling order in the consolidated action.

IT IS THEREFORE ORDERED AND ADJUDGED that the [39] Motion to Consolidate is GRANTED and that Civil Action Nos. 3:17cv803-LG-RHW and 3:18cv718-DPJ-FKB are hereby consolidated for all purposes, with *Boland v. Mississippi Dep't of Public Safety*, Civil Action No. 3:17cv803-LG-RHW serving as the lead case. All subsequent pleadings relating to either case should be filed in the lead case only.

IT IS FURTHER ORDERED that the [38] Motion to Continue is GRANTED and that all case management deadlines in Civil Action No. 3:17cv803-LG-RHW are hereby cancelled, including the final pretrial conference and trial dates.

SO ORDERED AND ADJUDGED, this the 16th day of April 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE