IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARY L. "NICKI" M. BOLAND**                                                 **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:17-cv-803-DPJ-RHW**

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY**                 **DEFENDANT**

### VERDICT FORM

Consistent with all of the instructions you have been given, please answer the following questions with your unanimous verdict.

*Discriminatory-Termination Claim*

1. Has Plaintiff Nicki Boland proved by a preponderance of the evidence that her being a female, or being a white female was a motivating factor in her discharge from employment?



       _____            ✓
       Yes              No

If you answered "Yes" to Question No. 1, proceed to Question No. 2. If you answered "No" to Question No. 1, proceed to Question No. 4.

2. Even if Boland has proven that being a female, or being a white female motivated DPS to terminate her employment, do you find that Defendant DPS proved by a preponderance of the evidence that it would have terminated Boland's employment anyway?

       _____            _____
       Yes              No

If you answered "No" to Question No. 2, proceed to Question No. 3. If you answered "Yes" to Question No. 2, proceed to Question No. 4 without answering Question No. 3.

3. What amount of damages do you award Plaintiff on her discriminatory-termination claim?

For lost income and employment benefits: $_____

For emotional distress, worry, or loss of enjoyment of life: $_____

Proceed to Question No. 4.

### *Equal Pay Act Claim*

4. Do you find that Plaintiff Nicki Boland has proved by a preponderance of the evidence that she was paid less wages than male employees for equal work on jobs, the performance of which required equal skill, effort, and responsibility, and which was performed under similar working conditions?

_____       ✓ _____
Yes                No

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5. Do you find that Defendant DPS has proved by a preponderance of the evidence that the differential in pay between the two jobs was based on a factor other than sex?

_____       _____
Yes                No

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

6. What amount of lost compensation has Plaintiff Nicki Boland proved by a preponderance of the evidence?

$\$_____$

Proceed to the next question.

7. Has the Defendant proved by a preponderance of the evidence that any difference in wages was based upon Defendant's good-faith belief that it was not violating the law with respect to wages?

_____       _____
Yes             No

_____
Foreperson

Dated: _January 29, 2020_